# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:07-cr-153-Orl-28DAB

**ROBERT S. TYSON**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Vincent Citro |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | H. Kyle Fletcher |
| **COURT REPORTER:** | Anthony Rolland | **PRETRIAL/PROBATION:** | Mark Jacoby |
| **DATE/TIME:** | March 14, 2008 10:00-10:50 a.m. | **INTERPRETER:** | None |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on Count Two of the Indictment.

Motion for Court to recognize defendant's substantial assistance (Doc. No. 88)   Granted.

PROBATION:   3 Years.

MANDATORY DRUG TESTING requirements are: Imposed.

Special Conditions of Probation are:

Participate in a program for treatment of narcotic addiction or drug or alcohol dependency.

Home Detention Program:   180 days to include electronic monitoring.

Community Service Program:   Perform 150 hours in lieu of paying a fine.

Other:   Cooperate in the collection of DNA, as directed by the Probation Officer.

Fine and costs of imprisonment/supervision:   Waived.

Special Assessment:   $100.00.

DISMISSED COUNTS:   Count One of the Indictment on the motion of U.S. Attorney.

Additional remarks:   Defendant is advised of right to appeal..